FILED'08 MAR 17 11:03 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

GARY R. COUCH,

                Plaintiff(s),

    v.                                        Civil No. 07-575-TC

COMMISSIONER, SOCIAL SECURITY
   ADMINISTRATION,

                Defendant(s).

## JUDGMENT

Pursuant to Sentence Four of 42 USC 405(g), this action is reversed and remanded to Defendant Commissioner for further administrative proceedings.

Dated: March 17, 2008.

_____
United States Magistrate Judge

**JUDGMENT**